

**F. CHAU & ASSOCIATES, LLC**
ATTORNEYS AT LAW

FRANK CHAU
RICHARD D. RATCHFORD, JR.
JOSEPH B. GROSS

DAVID L. HEATH, Ph.D.
ROBERT J. NEWMAN
ERIC J. STRIANESE
JINSEONG PARK
SEAN R. WILSUSEN
ILIRIAN DURRI
JASON R. PLOTKIN

130 WOODBURY ROAD
WOODBURY, NEW YORK 11797

TEL: (516) 692-8888
FAX: (516) 692-8889
www.chauiplaw.com
e-mail: mail@chauiplaw.com

OF COUNSEL
ALGIS ANILIONIS, Ph.D.
RICHARD J. PACIULAN*
RALPH N. GABOURY

PATENT AGENT
SUN-JONG KIM, Ph.D.

*NOT ADMITTED IN N.Y.

January 26, 2017

<u>*By ECF Filing*</u>

The Honorable Steven I. Locke
Magistrate Judge
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

    RE:    *Rumba Rum Bar LLC v. Marco Marisco Corp.* (EDNY 2:16-cv-3138)
           **Settlement Status Report**

Dear Judge Locke:

As per the Court's Order dated January 12, 2017, the parties submit this status report with respect to the status of settlement negotiations.

The parties are preparing the written settlement agreement, which has been exchanged in draft form, but took longer than initially anticipated due to an unanticipated delay during review of the initial draft by Plaintiff.  The parties anticipate finalizing the terms of the written agreement realistically before the end of February – with the dismissal of the federal action to occur concurrently or shortly thereafter.

Respectfully submitted,


/s/ Ralph Gaboury                                        /s/ Paul K. Siepmann
Ralph N. Gaboury, Esq.                            Paul K. Siepmann, Esq.
*Attorney for Plaintiff, Rumba Rum Bar LLC*     *Attorney for Defendant, Marco Marisco Corp.*

F. Chau & Associates, LLC                        Danes Street
130 Woodbury Road                                 Box 672
Woodbury, NY  11797                               Patchogue, NY  11772

P: 516-692-8888                                   P: 631-948-0362
F: 516-692-8889                                   F: 631-569-4793
E: gaboury@chauiplaw.com                          E: pksesq@yahoo.com